January 30, 1968.

M. P. No. 246. BERNARD J. WARD *v.* MARY AVERY BRAMAN WARD. Motion of respondent to modify Order of September 27, 1967, to the extent she be permitted to file motion to have visitation rights of petitioner reviewed and redetermined is granted. *Kirshenbaum & Kirshenbaum,* for petitioner. *Corcoran, Peckham & Hayes, Patrick O'N. Hayes,* for respondent.

M. P. No. 251. WINIFRED WILKINSON *v.* PETER HARRINGTON. PETER J. O'CONNELL, *Administrator v.* PETER HARRINGTON. WINIFRED WILKINSON *v.* JOHN M. VESEY. PETER J. O'CONNELL, *Administrator v.* JOHN M. VESEY. WINIFRED WILKINSON *v.* RUSSELL R. HUNT. PETER J. O'CONNELL, *Administrator v.* RUSSELL R. HUNT. Motions of respondents to quash writ of certiorari and to argue orally are denied. *Aisenberg, Decof & Dworkin, Leonard Decof, John H. Hines, Jr.,* for petitioners. *Gunning & Lafazia, V. James Santaniello,* for John M. Vesey and Russell R. Hunt. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley,* for Peter Harrington, respondents.

M. P. No. 330. WARREN VINCENT PICILLO *v.* SUPERIOR COURT FOR KENT COUNTY. Treating petition for writ of habeas corpus as a petition for writ of certiorari, motion of petitioner for leave to file same is granted and proceedings in Superior Court to execute sentence are stayed until further order of court. *Joseph D. Accardi, Pasquale T. Annarummo,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 346. VINCENT R. BROWN *v.* HAROLD V. LANGLOIS, *Warden.* Petition for writ of habeas corpus denied. *Vincent R. Brown,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

February 6, 1968.

M. P. No. 330. WARREN VINCENT PICILLO *v.* SUPERIOR COURT FOR KENT COUNTY. Entitlement amended to read State v. War-